IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA  CASE NO. 1:10cr19 MMP

v.

CHRISTOPHER SCOTT CARTER
_____/

## REQUEST FOR SUMMONS

Pursuant to Rule 9(a), Federal Rules of Criminal Procedure, the Clerk of the above-styled Court will please issue a summons in lieu of warrant, directed to the defendant, CHRISTOPHER SCOTT CARTER, and set said cause for initial appearance/arraignment at the appropriate time as the Court directs.

DATED this 19th day of April, 2010.

Request approved
M. Paul
4-19-2010

Respectfully submitted,

THOMAS F. KIRWIN
United States Attorney

F. T. WILLIAMS
Assistant United States Attorney
Florida Bar No. 936219
300 East University Ave, Suite 310
Gainesville, FL 32601
(352) 378-0996

Rec'd 04 19 10 USDCFln 1PM 1254