# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

      VS                                        CASE NO. 1:10-CR-19-01 MMP

CHRISTOPHER S. CARTER

## FINANCIAL REFERRAL AND ORDER

Regarding release of funds for: _X_ Fine, ___ Restitution, ___ Filing Fee, ___ Attorney Admission Fee, ___ Copy Fee, ___ Bond, ___ Other (Specify) _____

By: _____Christopher Scott Carter #20674-017_____ (Payee)
Address: FCI Coleman Low
           PO Box 1031
           Coleman, FL 33521

Receipt Number _B110810DFLN110CR000019_ Date of Receipt _12/21/10_

Motion: N/A

Explanation: Christopher Carter's $100.00 special assessment was paid in full on 08/02/10. The Clerk's office received $100.00 on the November 2010 Bureau of Prisons (BOP) reports. According to the court dockets and financial records, Mr. Carter does not owe any additional money. Requesting authorization to refund the $100.00 overpayment and any other payments we may receive from the BOP for this case. There may be a timing difference on the BOP stopping payments for this account.

SHEILA HURST-RAYBORN, Acting Clerk of Court

Prepared by: _____*s/Philip Detweiler*_____
              Philip Detweiler, Financial Specialist        Date: December 28, 2010

Referred by: _____, Deputy Clerk

## ORDER OF COURT

It is ORDERED this __29th__ day of __December__, 2010, that the Clerk refund the identified funds to the payee.

                                                       _s/Maurice M. Paul_
                                                  MAURICE M. PAUL, SENIOR
                                                  UNITED STATES DISTRICT JUDGE

Adopted: 12/03/99